# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-144 (RBW) |
| : | |
| MARK AUNGST, : | |
| TAMMY BRONSBURG, : | |
| : | |
| **Defendants.** : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its August 3, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the Defendants.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  /s/
AMANDA FRETTO
D.C. Bar No. 1018284
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, DC 20530
(202) 252-7268
Amanda.Lingwood@usdoj.gov

## CERTIFICATE OF SERVICE

On this 3rd day of August, 2021, a copy of the foregoing was served on counsel of record for the defendants via the Court's Electronic Filing System.

/s/
Amanda Fretto
Assistant United States Attorney