CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21 cr 144 (RBW) |
| ) | |
| ) | **FILED** |
| TAMMY BRONSBURG ) | JUN 27 2022 |
| ) | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____    Date: June 27, 2022

United States District Judge