# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:21-cr-00144 (RBW) |
| v. : | |
| : | |
| TAMMY A. BRONSBURG, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for Defendant, Assistant Federal Public Defender Eugene Ohm, respectfully request the Court to allow the United States Probation Office to disclose to both counsel it's recommendations for sentencing in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:  /s/ Mona Lee M. Furst
MONA LEE M. FURST
KS Bar No. 13162
Assistant United States Attorney
Capitol Siege Section
U.S. Attorney's Office
601 D. Street, N.W.
Washington, D.C.  20579
Office: 316-269-6537
Mona.Furst@usdoj.gov