UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

      v.  :  21-CR-144 (RBW)

TAMMY BRONSBURG  :

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Ms. Tammy Bronsburg, through undersigned counsel, respectfully moves this Honorable Court to continue her sentencing hearing. In support of this request, counsel submits the following.

1. Ms. Bronsburg has pleaded guilty to one count of Parading, Demonstrating or Picketing in a Capitol Building, in violation of 40 U.S.C. §5104(e)(2)(G).

2. The sentencing hearing is set for September 27, 2022 with the Sentencing Memorandum due on September 22, 2022.

3. ███████████████████████████████████████████████████████
███████████████████████████████████

4. Counsel is thus seeking a continuance of approximately 90 days with a new sentencing hearing date in January.

5. The assigned Assistant United States Attorney does not oppose this continuance.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the Court continue the sentencing hearing and the corresponding deadlines.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE K. OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

2