UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-144-2 (RBW) |
| TAMMY A. BRONSBURG, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the defendant's Unopposed Motion to Continue [Sentencing], ECF Nos. 72 and 73, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Continue [Sentencing], ECF Nos. 72 and 73, is **GRANTED**. It is further

**ORDERED** that the sentencing currently scheduled for September 27, 2022, is **CONTINUED** to January 5, 2023, at 10:00 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, on or before December 29, 2022, the parties shall file their sentencing memoranda.

**SO ORDERED** this 23rd day of September, 2022.

REGGIE B. WALTON
United States District Judge