UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

       v.              :        21-CR-144 (RBW)

TAMMY BRONSBURG      :

**MOTION TO CONDUCT SENTENCING HEARING BY VIDEO CONFERENCE**

    Ms. Tammy Bronsburg, through undersigned counsel, respectfully moves this Honorable Court to conduct her sentencing hearing by video. In support of this request, counsel submits the following.

    1. Ms. Bronsburg has pleaded guilty to one count of Parading, Demonstrating or Picketing in a Capitol Building, in violation of 40 U.S.C. §5104(e)(2)(G).

    2. The sentencing hearing was originally set to occur by videoconference on September 27, 2022.

    3. On September 23, 2022, the Court granted Ms. Bronsburg's Motion to Continue her Sentencing Hearing, ECF 71 until January 5, 2022. The Court however ordered that the hearing be conducted in person.

    4. Ms. Bronsburg does not have a car and would need to arrange for transportation from Williamsport, PA. Moreover, Ms. Bronsburg's support network has substantially shrunk in recent months. Her son passed away and her other son was recently incarcerated. Her daughter works full time and also has small children.

    5. Under Federal Rule of Criminal Procedure 43 (b)(2), this Court is permitted to conduct sentencing hearings by video teleconference for offenses that are punishable by imprisonment by not more than one year.

6.  The assigned Assistant United States Attorney defers to the Court on this Motion.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the Court conduct the sentencing hearing by video teleconferencing.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE K. OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500