UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 21-144-2 (RBW) |
| | ) | |
| TAMMY A. BRONSBURG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of the defendant's Motion to Conduct Sentencing Hearing by Video Conference, ECF No. 77, it is hereby

**ORDERED** that the defendant's Motion to Conduct Sentencing Hearing by Video Conference, ECF No. 77, is **GRANTED**. It is further

**ORDERED** that the sentencing scheduled for January 5, 2023, shall be conducted via videoconference. It is further

**ORDERED** that, on or before January 4, 2023, the defendant shall file a notice on the docket, signed by the defendant, indicating whether she consents to proceed with the January 5, 2023 sentencing via videoconference.

**SO ORDERED** this 30th day of December, 2022.

REGGIE B. WALTON
United States District Judge