UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.      :       21-CR-144 (RBW)

TAMMY BRONSBURG      :

## NOTICE OF FILING

Ms. Tammy Bronsburg, through undersigned counsel, files the attached Waiver of In-Person Hearing, pursuant to this Court's Order.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE K. OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

WAIVER OF RIGHT TO IN-PERSON HEARING

I, Tammy Bronsburg, the undersigned, hereby waive, under Rule 43(b) of the Federal Rules of Criminal Procedure, my right to an in-person change of plea hearing, scheduled for January 5, 2023, at 2:00 o'clock p.m. (EST) before United States District Judge Reginald B. Walton, in case no. 21-cr-144 (RBW) in the United States District Court for the District of Columbia.

My counsel, Eugene Ohm, has explained to me my right to appear in person for my sentencing. I knowingly and voluntarily waive my right to appear in person and to appear instead by teleconference. I am satisfied with my counsel and execute this waiver after consultation with Mr. Ohm.

Date: ____January 4, 2023

signed electronically by Tammy Bronsburg
_____
Tammy Bronsburg