UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-144 (RBW) |
| | : | |
| TAMMY A. BRONSBURG, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits to be provided to the Court and provided to counsel to be used by the government in the sentencing in this matter. Exhibit 1 was obtained from the telephone of the Defendant. Exhibits 2 through 4 were obtained from the telephone of deceased co-defendant Mark Aungst. Exhibit 5 is a screenshot of a Facebook post by the Defendant on March 19, 2021. The United States does not object to releasing these exhibits to the public. The exhibits are:

1. Government Exhibit 1 is a video approximately 27 seconds in length that portrays a crowd of rioters outside of the Senate Wing Door.

2. Government Exhibit 2 is a video approximately 2 seconds in length that portrays rioters entering through the breached Senate Wing Door at approximately 3:06 p.m.

3. Government Exhibit 3 is a video approximately 19 seconds in length that portrays the Defendant holding what appears to be a bottle of whiskey inside S145.

4. Government Exhibit 4 is a video approximately 5 seconds in length that portrays the Defendant drinking from what appears to be a bottle of whiskey inside S145.

5. Government Exhibit 5 is a redacted screenshot of a public Facebook post by the

1

Defendant on March 19, 2021, based on an analysis of the defendant's social media conducted by the FBI.

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES
                                    UNITED STATES ATTORNEY
                                    D.C. Bar No. 481052

By:    */s/ Michael L. Barclay*
           MICHAEL L. BARCLAY
           Assistant United States Attorney
           Member of N.Y. Bar
           U.S. Attorney's Office for the District of Columbia
           601 D Street, NW
           Washington, D.C. 20530
           (202) 252-7669
           Michael.Barclay@usdoj.gov

## CERTIFICATE OF SERVICE

On this 4th day of January, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                                       /s/*Michael L. Barclay*
                                                    Michael L. Barclay
                                                    Assistant United States Attorney