# United States District Court
## For The District of Columbia

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Tammy A. Bronsburg,<br><br>Defendant. | Case No. 21-cr-144-2 (RBW) |

## ORDER

Upon consideration of the defendant's Motion to Terminate Probation filed herein, and finding good cause shown, it is hereby

**ORDERED** that the motion is GRANTED.

DATE:

_____
REGGIE B. WALTON
U.S. District Judge