# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 21-144-2 (RBW) |
| TAMMY A. BRONSBURG, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the hearing on potential violation and motion hearing held on February 26, 2024, via videoconference, it is hereby

**ORDERED** that the defendant's Motion to Terminate Probation as an Illegal Punishment, ECF No. 90, is **DENIED**. It is further

**ORDERED** that, on April 9, 2024, at 10:00 a.m., the parties shall appear before the Court for a reentry progress hearing, via videoconference.

**SO ORDERED** this 26th day of February, 2024.

_____
REGGIE B. WALTON
United States District Judge