## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 21-144-2 (RBW) |
| TAMMY A. BRONSBURG, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the reentry progress hearing held on July 18, 2024, via videoconference, it is hereby

**ORDERED** that the defendant's oral motion for early termination of probation is **GRANTED**. It is further

**ORDERED** that the remainder of the defendant's term of Probation is **TERMINATED**.

**SO ORDERED** this 18th day of July, 2024.

REGGIE B. WALTON
United States District Judge